IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN LEE SUMSTAD, <br> TDCJ #1918058, <br><br> Petitioner, <br><br> v. <br><br> BOBBY LUMPKIN, Director, <br> Texas Department of Criminal <br> Justice - Correctional <br> Institutions Division, <br><br> Respondent. | §§§§§§§§§§§§§ | CIVIL ACTION NO. H-22-1769 |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 7th day of July, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE